**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Michelle H. Burns | **Date:** April 1, 2020 |
| **USA v. Austin Ryan Steinbart** | **Case Number: 20-09119MJ-001-PHX-ESW** |

**Assistant U.S. Attorney:** Sharon Sexton for Raymond K. Woo
**Attorney for Defendant:** Benjamin Good, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ Present, appearing via video conference from a separate courtroom

**INITIAL APPEARANCE**
☒ Complaint filed.                                                                                **Date of Arrest: 3/31/2020**
☒ The defendant, having consulted with counsel, consents to proceed by way of video teleconferencing.
☒ Defendant sworn. AFPD Benjamin Good appointed as counsel for defendant.
☒ Government's motion for detention and request for a continuance of the Detention Hearing is granted, over defense counsel's objection.
☒ Pretrial Services is directed to screen defendant's proposed residence for location monitoring.
☒ Detention Hearing set for **Friday, April 3, 2020 at 1:30 pm** before Magistrate Judge Burns, courtroom 305 and Preliminary Hearing set for **Tuesday, April 7, 2020 at 10:00 am** before Magistrate Judge Boyle, courtroom 305. Defendant will appear via video conference from courtroom 302 for both hearings. Defendant shall be temporarily detained in the custody of the United States Marshal.
**OTHER:** Upon motion of the Government, IT IS ORDERED unsealing this case.

**Recorded By** Courtsmart                                                          **IA      14 min**
**Deputy Clerk** Molly Frasher

                                                                                                    **Start:  3:02 pm**
                                                                                                    **Stop:   3:16 pm**