```
MICHAEL BAILEY
United States Attorney
District of Arizona
JAMES R. KNAPP
Arizona State Bar No. 021166
Email: james.knapp2@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Austin Steinbart,<br><br>　　　　　Defendant. | No. 20-9119-MJ<br><br>**NOTICE OF ASSOCIATION<br>OF COUNSEL** |

　　　NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney James R. Knapp is associated as counsel for the United States.

　　　Respectfully submitted this 2nd April 2020.

　　　　　　　　　　　　　　　　　　　　MICHAEL BAILEY
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　　 *s/ James R. Knapp*　　　　　

　　　　　　　　　　　　　　　　　　　　JAMES R. KNAPP
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on 4/2/2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing with a copy to the following CM/ECF registrants: Ben Good