1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   RAYMOND K. WOO
3  Arizona State Bar No. 023050
   JAMES R. KNAPP
4  Arizona State Bar No. 021166
   Assistant United States Attorneys
5  Two Renaissance Square
   40 N. Central Ave., Suite 1800
6  Phoenix, Arizona 85004
   Telephone: 602-514-7500
7  raymond.woo@usdoj.gov
   james.knapp2@usdoj.gov
8  Attorneys for Plaintiff

9              IN THE UNITED STATES DISTRICT COURT

10               FOR THE DISTRICT OF ARIZONA

11

     United States of America,                    No. 20-09119-MJ
12
                        Plaintiff,
13                                          **MEMORANDUM REGARDING**
                                                   **DETENTION**
         vs.
14

15   Austin Steinbart,

16                       Defendant.

17

18        Defendant Austin Steinbart ("STEINBART") caused thousands of emails to flood

19  a victim company's support email system between March 21, 2020, and continuing at least

20  until March 25, 2020, impairing the integrity or availability of data, a program, a system,

21  or information. STEINBART caused this flood of emails with the intent to extort the victim

22  company into returning him with access to certain computer files he identified as the

23  "amorphous archive." *See* CR 1 (Complaint) at 6-7. The victim company removed

24  STEINBART's posted files because some of them allegedly contained private third-party

25  information that STEINBART misappropriated from his contract work with CenturyLink.

26        STEINBART is a danger to the community and is unlikely to follow any Court-

27  imposed conditions of release because he appears to have significant unaddressed mental

28  health issues, he has demonstrated a propensity to make threatening communications, and

1   he has shown a willingness to escalate his criminal conduct even after being admonished

2   by the FBI.[1] Here is a sampling of some of the government's concerns:

3   • In January of 2020, STEINBART went to a California clinic for a brain scan at the

4      behest of his parents. This California clinic provides holistic treatments for behavior

5      issue. While there, STEINBART gained unauthorized access to protected patient

6      information on the clinic's computer and recorded the patient information in a video.

7   • On March 5, 2020, STEINBART posted a threat against the Queen of Denmark on

8      his YouTube account.



22   Exh. 1, STEINBART YouTube Post, Dated March 5, 2020.

---

27   [1] STEINBART's detention arguably cannot be based "solely on a finding of dangerousness" unless the 18 U.S.C. § 1030(a)(7) charge in the criminal complaint qualifies as a crime of violence under 18 U.S.C. § 3142(f)(1). *See United States v. Twine*, 344 F.3d 987, 987 (9th Cir. 2003).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- On March 13, 2020, STEINBART posted the January 2020 video on his YouTube account, exposing sensitive patient information to the public. *See* https://www.youtube.com/watch?v=zqi9m4N-qSI, at 5 minute mark.

- The California clinic learned of the patient information disclosure and asked STEINBART to take down the video. STEINBART refused to take down the video and, in one of many text exchanges with the clinic, STEINBART made unusual comments about being a Defense Intelligence Agency officer immune from prosecution:



Exh. 2, STEINBART Text, Dated March 15, 2020.

- • After some further exchanges, STEINBART reposted the video, and made the following threat against the clinic:



Exh. 3, STEINBART Text, Dated March 18, 2020.

- • On March 19, 2020, the FBI made contact with STEINBART at his home in Chandler to discuss his disclosure of sensitive patient information. During this interview, STEINBART referred to himself as a "spy" and claimed to receive messages from himself in the future. STEINBART claimed to be protected by the Defense Intelligence Agency ("DIA"), and that he receives direction on what to do from the DIA. The FBI asked STEINBART to remove the videos with the patient information and he refused.
- • Shortly after meeting the FBI on March 19, STEINBART then escalated his conduct by extorting a victim company in Connecticut by directing his YouTube followers to engage in a coordinated email flood attack. *See* CR 1, Complaint at 6-9.

1   • STEINBART directed this email denial of service type attack by posting a video at

2   https://www.youtube.com/watch?v=9K24TLAvyDI with the following comment:



Exh. 4, STEINBART YouTube Comment, dated March 21, 2020.

• On March 23, 2020, STEINBART posted another YouTube video. *See* https://www.youtube.com/watch?v=7oZQGsGquZA. In this video, STEINBART claimed to be the new DIA commander. He discussed the "email blockade" on the victim company and provided additional victim company email addresses for his supporters to target. STEINBART also provided the victim company's tech support number and urged his supporters to call in and dial 9 for emergency support.

1        • On March 23, STEINBART made a threatening communication to the victim

2            company's CEO over Twitter and discussed his involvement with the DIA:

3

4

5

6

7

8

9

10



11

12

13

14

15    Exh. 5, STEINBART's Twitter Statement, dated March 23, 2020.

16        • On March 24, 2020, STEINBART posted a YouTube video where he discusses his

17            involvement with the DIA and Spaceforce and thanks his supporters for their data

18            blockade of the victim company. *See* https://www.youtube.com/watch?v=X-

19            CQXHLmnJI.

20    //

21

22    //

23    //

24

25

26

27

28

1       Accordingly, the United States recommends that STEINBART be ordered detained

2  pending trial as a flight risk and a danger to the community. STEINBART appears to have

3  unaddressed behavioral or mental health issues, so—if the Court is not inclined to detain

4  STEINBART until trial—the United States recommends that STEINBART be at least

5  detained for the short term to allow for mental health testing and placement into an

6  appropriate halfway house or group home. The United States further requests that the Court

7  restrict STEINBART's ability to use the internet and all other social media platforms while

8  the case is pending.

9

10       Respectfully submitted this 2nd day of April 2020.

11

12                    MICHAEL BAILEY
                       United States Attorney

13                    District of Arizona

14

15                    *s/ Raymond Woo*
                       RAYMOND K. WOO

16                    JAMES R. KNAPP
                       Assistant United States Attorneys

17

18             **CERTIFICATE OF SERVICE**

19  I hereby certify that on this 2nd day of April 2020, I electronically transmitted the attached
    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

20  Notice of Electronic Filing to the following CM/ECF registrant:

21  Benjamin Good
    Attorney for Defendant

22
    *s/ James Knapp*

23  U.S. Attorney's Office

24

25

26

27

28