AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

## for the

District of _____ Arizona _____

| | |
|---|---|
| United States of America<br>v.<br><br><br>Austin Ryan Steinbart<br>*Defendant* | )<br>)    Case No.    20-9119 MJ<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Austin Ryan Steinbart                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1030(a)(7)(C) and (c)(3)(A)

Date: _____ 03/26/2020 _____

*Issuing officer's signature*

City and state:    Phoenix, Arizona

United States Magistrate Judge Eileen S. Willett
*Printed name and title*

---

### Return

This warrant was received on *(date)*    3/26/20    , and the person was arrested on *(date)*    3/31/20
at *(city and state)*    CHANDLER, AZ          .

Date: 3/31/20

*Arresting officer's signature*

STEVEN GARBETT, FBI SPECIAL AGENT
*Printed name and title*

RCVD MAR26'20PM3:04
US MARSHALS SERVICE AZ