# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## WITNESS LIST   ---   CRIMINAL

☐ Motion to Suppress ☐ Non-Jury Trial ☐ Jury Trial

USA vs. Steinbart, Austin, R
*Last, First, Middle Initial*

No. 20-9119-MJ
*Year-Case No-Deft No-Judge*

☒ GOVERNMENT ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Brian McCarthy, FBI Special Agent | G | 4/7/20 | 4/7/20 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 7 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMH               DEPUTY