IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Austin Ryan Steinbart,<br><br>          Defendant. | No. 20-9119MJ<br><br><br>**ORDER** |

      On April 28, 2020, the Court issued an order directing that defense counsel file a motion to determine competency and identifying a psychologist or psychiatrist who is willing to conduct an evaluation of Defendant to determine Defendant's competency (Doc. 24). On May 4, 2020, defense counsel filed a Motion for Local Competency Evaluation identifying a psychiatrist who is willing to conduct the competency evaluation of Defendant (Doc. 29).

      Accordingly,

    **IT IS ORDERED** granting Defendant's Motion for Local Competency Evaluation (Doc. 29).

    **IT IS FURTHER ORDERED** that a competency evaluation be performed for the above-named Defendant pursuant to 18 U.S.C. § 4241 and 4247(b)-(c) and that the Government is to bear the cost of the report. Dr. Joel Parker, Biltmore Psychiatric Group LLC, 6245 N. 24th Parkway, Suite 203, Phoenix, Arizona 85016, 602-843-0035, shall

submit his bill for this evaluation directly to the Department of Justice, c/o U.S. Attorney, Two Renaissance Square, 40 N. Central Avenue, Suite 1800, Phoenix, Arizona 85044-4408.

**IT IS FURTHER ORDERED** that Dr. Parker shall be appointed to perform the examination and file a report with the Court.  The evaluation should be completed within thirty (30) days from the date of this Order or as soon as possible thereafter.

**IT IS FURTHER ORDERED** that Defendant shall contact Dr. Parker at 602-843-0035 and arrange a mutually convenient time to conduct the examination.  Defendant was released from custody on April 28, 2020 (Doc.  26).  Because Defendant is no longer is custody, Defendant is ordered to appear for his examination with Dr. Parker as directed by Dr. Parker and to notify Pretrial Services as far in advance as possible of the date/time/place of the evaluation as well as Defendant's mode of transportation for the evaluation appointment.

**IT IS FURTHER ORDERED** that the report shall include:

(1) Defendant's history and present symptoms;

(2) A description of the psychiatric, psychological and medical tests that were employed and their results;

(3) The examiner's findings; and

(4) The examiner's opinions as to diagnosis, prognosis and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense.

**IT IS FURTHER ORDERED** that counsel for the parties shall provide Dr. Parker with any information and/or reports in their possession concerning Defendant's history that may aid him with the preparation of the report.

**IT IS FURTHER ORDERED** that Dr. Parker shall submit a copy of the report to Defendant's Counsel, Assistant Public Defender Benjamin Good, 850 W. Adams Street, Suite 201, Phoenix, Arizona 85007.  Defense counsel shall promptly provide a copy to

counsel for the government, Assistant U.S. Attorney, James Knapp, U.S. Attorney's Office, Two Renaissance Square, 40 N. Central Avenue, Suite 1800, Phoenix, Arizona, 85004-4408.

**IT IS FURTHER ORDERED** that Defendant's counsel shall file the report under seal.

**IT IS FURTHER ORDERED** affirming the status hearing regarding mental competency set for **June 12, 2020, at 2:30 p.m.** before Judge Fine in courtroom 304, Sandra Day O'Connor U.S. Courthouse, Phoenix, Arizona.  **Defendant shall personally appear.**

**IT IS FURTHER ORDERED** that the Defendant's counsel is directed to provide this Order to Dr. Parker.  Defendant's counsel shall also provide Dr. Parker with a copy of the Court's April 28, 2020 Order (Doc. 24).

**IT IS FURTHER ORDERED** that excludable delay is found to commence on April 27, 2020, pursuant to 18 U.S.C. § 3161(h)(1)(A).

Dated this 4th day of May, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge