# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 20-9119MJ |
| Plaintiff, | |
| v. | **ORDER** |
| Austin Ryan Steinbart, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Amend Release Conditions (Doc. 39), which has been forwarded to undersigned for consideration and ruling. In the motion, Defense counsel states that Pretrial Services and the Government object to the relief sought in the motion. The specific nature and scope of work anticipated to be performed by Defendant at the proposed residence is not clear from the exhibit presented in the form of a "To whom this may concern" letter by the potential employer (Doc. 39-2). Accordingly,

**IT IS ORDERED** setting a hearing regarding Defendant's Motion to Amend Release Conditions (Doc. 39) for **June 26, 2020, at 9:00 a.m.** before the undersigned in courtroom 304. The Court has set forty-five (45) minutes aside on the Court's calendar for this hearing, with each the Government and Defense having fifteen (15) minutes of courtroom time for presentation of evidence, proffer, and argument. Counsel shall file any additional exhibits, testimony proffers, and argument two business days before the hearing

if 15 minutes is insufficient.  Argument and testimony proffers are limited to ten pages per side.

The Court finds excludable delay under 18 U.S.C. § 3161(h)____ from ____ to ____.

Dated this 16th day of June, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge

cc: PTS