JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JAMI JOHNSON
New York State Bar #4823373
Asst. Federal Public Defender
Attorney for Defendant
jami_johnson@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      vs.<br><br>Austin Ryan Steinbart,<br><br>            Defendant. | No. 2:20-mj-09119-ESW<br><br>**NOTICE OF APPEARANCE AS CO-COUNSEL** |

Undersigned counsel hereby gives Notice that she will be representing the defendant as co-counsel in the above captioned matter.

Respectfully submitted:   June 16, 2020.

                                    JON M. SANDS
                                    Federal Public Defender


                                    *s/Jami Johnson*
                                    JAMI JOHNSON
                                    Asst. Federal Public Defender